**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6304**

_____

UNITED STATES OF AMERICA,

　　　　　　Plaintiff - Appellee,

　　　v.

SAMUEL DAVIS BYRD,

　　　　　　Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.　Martin K. Reidinger, District Judge.　(1:05-cr-00010-MR-DLH-1; 1:11-cv-00277-MR)

_____

Submitted:　June 20, 2013　　　　　　Decided:　June 26, 2013

_____

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Samuel Davis Byrd, Appellant Pro Se.　Jill Westmoreland Rose, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Davis Byrd seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2012) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Byrd has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED